UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| FNA GROUP, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 24-cv-692 |
| J. D. NORTH AMERICA CORP., | ) |
| Defendant. | ) **JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff FNA Group, Inc. ("FNA" or "Plaintiff"), by and through its undersigned counsel, files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

FNA Group, Inc. is a wholly-owned subsidiary of FNA Holdings, Inc., a Delaware corporation. Undersigned counsel further certifies that there are no publicly held companies that own ten percent or more of FNA Holdings, Inc. stock.

Dated: June 4, 2024

Respectfully submitted,

*/s/    Chelsea McCarthy*

Chelsea McCarthy, IL Bar No. 6288964
chelsea.mccarthy@hklaw.com
Anthony J. Fuga (*admission application forthcoming*)
IL Bar No. 6301658
anthony.fuga@hklaw.com
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone:    (312) 715-5771
Facsimile:    (312) 578-6666

Ji Mao (*admission application forthcoming*)
NY Bar No. 5615117
ji.mao@hklaw.com
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: (212) 513-3420
Facsimile: (212) 385-9010

Robert K. Jain (*admission application forthcoming*)
TX Bar No. 24139315
robert.jain@hklaw.com
**HOLLAND & KNIGHT LLP**
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701
Telephone: (512) 647-4393
Facsimile: (512) 472-7473

***ATTORNEYS FOR PLAINTIFF FNA GROUP, INC.***